Thomas H. Casey - Bar No. 138264
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Tel: 949/766-8787 / Facsimile: 949/766-9896
Email: TomCasey@tomcaseylaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 8:18-BK-14490-SC |
| | § | |
| EL VALLE PLASTERING, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Thomas H. Casey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court, 411 W. Fourth Street, Suite 2030, Santa Ana, CA  92701

**A HEARING ON TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION WILL BE HELD AT 11:00 A.M. ON JANUARY 20, 2021 IN COURTROOM 5C - VIRTUAL (ACCESSIBILITY INFORMATION WILL BE POSTED INTO THE COURT'S TENTATIVE RULING PRIOR TO THE HEARING), LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.**

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using ZoomGov.

**UST Form 101-7-NFR (10/1/2010)**

  Unless otherwise specifically ordered or instructed, Judge Clarkson will no longer utilize CourtCall. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

  ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

  Hearing participants and members of the public may view and/or listen to hearings before Judge Clarkson using ZoomGov free of charge.  Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone).  Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply).  Neither a Zoom nor a ZoomGov account are necessary to participate and no pre-registration is required.  The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

  Important: All persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions. The Clerk of the Court maintains an audio recording of all proceedings, which recording constitutes the official record of those proceedings.

Date:  12/7/2020        By: /s/ Thomas H. Casey
                        Trustee

Thomas H. Casey
22342 Avenida Empresa, Suite 245
Rancho Santa Marg, CA 92688

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:18-BK-14490-SC |
| | § | |
| EL VALLE PLASTERING, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $72,758.58
*and approved disbursements of*     $199.13
*leaving a balance on hand of[1]:*     $72,559.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $72,559.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Thomas H. Casey, Trustee Fees | $6,887.93 | $0.00 | $6,887.93 |
| Thomas H. Casey, Trustee Expenses | $210.95 | $0.00 | $210.95 |
| Hahn Fife & Company, Accountant for Trustee Fees | $5,460.00 | $0.00 | $5,460.00 |
| Hahn Fife & Company, Accountant for Trustee Expenses | $362.00 | $0.00 | $362.00 |
| Other: Franchise Tax Board, Other Chapter 7 Administrative Expenses | $1,733.79 | $0.00 | $1,733.79 |

Total to be paid for chapter 7 administrative expenses:     $14,654.67
Remaining balance:     $57,904.78

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $57,904.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,404.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Employment Development Dept | $772.57 | $0.00 | $772.57 |
| | Internal Revenue Service | $1,945.87 | $0.00 | $1,945.87 |
| 11 | Raul Contreras | $7,512.40 | $0.00 | $7,512.40 |
| 12 | Teresa Contreras | $4,390.33 | $0.00 | $4,390.33 |
| 13 | Citlally Contreras | $911.88 | $0.00 | $911.88 |
| 14 | Leonel Lopez | $2,054.39 | $0.00 | $2,054.39 |
| 15 | Luis Hernandez | $1,872.88 | $0.00 | $1,872.88 |
| 16 | Omar Lopez | $1,973.96 | $0.00 | $1,973.96 |
| 17 | Santiago Lopez | $1,376.80 | $0.00 | $1,376.80 |
| 18 | Jorge Lopez | $1,136.61 | $0.00 | $1,136.61 |
| 19 | Adrian Navarro | $655.00 | $0.00 | $655.00 |
| 20 | Erick Navarro | $274.93 | $0.00 | $274.93 |
| 21 | Martin Gil Ramirez | $1,527.15 | $0.00 | $1,527.15 |

| | Total to be paid to priority claims: | $26,404.77 |
|---|---|---|
| | Remaining balance: | $31,500.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,532,702.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Franchise Tax Board | $0.00 | $0.00 | $0.00 |
| 3 | Jose Luis Ruiz | $5,500.00 | $0.00 | $113.04 |
| 4 | Wells Fargo Bank, N.A. | $1,577.30 | $0.00 | $32.42 |
| 5 | Wells Fargo Bank, N.A. | $1,549.25 | $0.00 | $31.84 |
| 6 | Wells Fargo Bank, N.A. | $1,715.43 | $0.00 | $35.26 |
| 7 | Wells Fargo Bank, N.A. | $2,023.56 | $0.00 | $41.59 |
| 8 | Juan Martinez | $9,600.00 | $0.00 | $197.30 |
| 9 | Associated Accounting Services, Inc. | $4,320.00 | $0.00 | $88.78 |
| 10 | Foam Innovation | $5,520.35 | $0.00 | $113.45 |
| 22 | Emileo Campos | $1,500,000.00 | $0.00 | $30,827.90 |
| 23 | Synchrony Bank | $896.85 | $0.00 | $18.43 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $31,500.01 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Thomas H. Casey
Trustee

Thomas H. Casey
22342 Avenida Empresa, Suite 245
Rancho Santa Marg, CA 92688

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**